IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR-24-17-H-BMM |
| Plaintiff, | ORDER |
| v. | |
| BRIAN PHILLIP GRAVES, | |
| Defendant. | |

On October 7, 2024, the Government filed a Motion to Revoke Pretrial Release. (Doc. 21) A hearing was held on October 30, 2024, and continued until November 5, 2024.

Based upon the information provided at the hearing, the Court determines that there is an additional condition that could be imposed upon Graves that will assure the safety of the community and his appearance at future proceedings. Specifically, the additional condition is to have Graves complete a 60-day substance abuse treatment program at a secure in-patient substance abuse treatment facility.

Accordingly,

IT IS ORDERED that the Government's Motion to Revoke Pretrial Release is DENIED.

IT IS FURTHER ORDERED that Graves shall be released from the Cascade County Detention Center at 3:30 on November 5, 2024, and transported by Michael Cooper to the Connections Corrections in Warm Springs, Montana to complete in-patient substance abuse treatment.

DATED this 5th day of November 2024.

_____
John Johnston
United States Magistrate Judge