IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BRIAN PHILIP GRAVES,<br><br>Defendant. | CR 24-17-H-BMM<br><br>FINAL ORDER OF FORFEITURE |

Before the Court is the United States of America's Unopposed Motion for Final Order of Forfeiture.  Having reviewed said motion, the Court finds:

1. The United States commenced this action pursuant to 21 U.S.C. §§ 853(a)(1) and (2); and 21 U.S.C. § 881(a)(11).

2. A Preliminary Order of Forfeiture was entered on October 16, 2024. (Doc. 26.)

3. All known interested parties were provided an opportunity to respond and publication has been effected as required by 21 U.S.C. § 853(n)(1).  (Doc. 33.)

4. It appears there is cause to issue a forfeiture order under 21 U.S.C. §§ 853(a)(1) and (2); and 21 U.S.C. § 881(a)(11).

Accordingly, IT IS ORDERED that:

1. The motion for final order of forfeiture is GRANTED.

2. Judgment of forfeiture of the following property shall enter in favor of the United States pursuant to 21 U.S.C. §§ 853(a)(1) and (2); and 21 U.S.C. § 881(a)(11), free from the claims of any other party, the following property:

- Palmetto State Armory PA-15 Rifle, Cal. multi, SN: SCB106560
- Radikal Arms MKX-3 Shotgun, Cal. 12, SN: 21CS-0801
- Glock GMBH 48 Pistol, Cal. 9, SN: BLWN618
- Assorted ammunition and accessories

3. The United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law.

DATED this 13th day of January 2025.

_____
Brian Morris, Chief District Judge
United States District Courts